UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLEDIVISION
NO. 5:16-cr-56

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| RHIANNON NICOLE FORREST, ) | |
| ) | |
| Defendant. ) | |

The Defendant, RHIANNON NICOLE FORREST, moves the Court to reduce her sentence (Docs. No. 26 and 27).

She asks the Court to reconsider its earlier order (Doc. No. 25) denying her motion for a reduction in sentence, contending that USSG Amendment 782 applies to her. (Doc. No. 26). However, as this Court has already ruled, she was sentenced on or about April 3, 2017, after Amendment 782 was effective on November 1, 2014. (Doc. No. 25). Thus she received the benefit of Amendment 782 in her original sentence.

She also argues that the Court should reduce her sentence for Post-Sentencing Rehabilitation. (Doc. No. 27). The Court has reviewed her post-sentencing record and does not believe she has shown that she deserves a reduced sentence. Furthermore, the US Bureau of Prisons is better qualified to determine rehabilitation status. Defendant has not shown the Court anything from the Bureau of Prisons showing that the Bureau agrees that she is rehabilitated and should be released early, as this Court's Local Rules require.

Therefore, her motion for a sentencing reduction is DENIED.

    IT IS SO ORDERED.

Signed: August 24, 2018

Frank D. Whitney
Chief United States District Judge